UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA FOR
THE USE AND BENEFIT OF
RIGID CONSTRUCTORS, LLC                                CIVIL ACTION NO. _____

VERSUS                                                 SECTION: _____

ELA GROUP, INC. and UNITED FIRE
AND CASUALTY COMPANY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**
**with JURY DEMAND**

NOW INTO COURT, through undersigned counsel, comes the United States of America, for the use and benefit of Rigid Constructors, LLC ("Rigid Constructors"), a Louisiana limited liability company with its principal place of business in Opelousas, Louisiana, which respectfully represents:

1.

Made Defendants herein are:

**ELA Group, Inc.** ("ELA Group"), a Louisiana corporation with its principal place of business in Shreveport, Louisiana; and

**United Fire and Casualty Company** ("United Fire"), a foreign insurance company authorized to and doing business in Louisiana.

2.

Rigid Constructors is a first tier subcontractor on a federal public work project. The Owner of the Project is an agency of the United States Government and, therefore, this claim is filed under the federal question jurisdiction conferred by the Miller Act, 40 USC §3133(b)(1).

Page 1

3.

Venue is appropriate in the United States District Court for the Middle District of Louisiana because all work was performed in Zachary, Louisiana.

4.

Defendants are indebted to Rigid Constructors *in solido* in the full sum of $124,100.00, plus reasonable attorney fees, as well as penalties under Louisiana law, together with interest until paid and all costs of these proceedings.

5.

ELA Group is the prime contractor on a federal public work project designated as the "PIC-Admin Shelter, Columbarium, Flag Assembly at Louisiana National Cemetery, Zachary, Louisiana, 36C78618C0266-870CM3028" (the "Project").

6.

The Owner of the project is the United States Department of Veterans Affairs.

7.

Rigid Constructors is a first tier subcontractor which entered into a Contract with ELA Group on December 5, 2019 (the "Contract").

8.

Under the Contract, Rigid Constructors was to furnish all material, labor, supervision, equipment, tools, appliances, transportation, storage, permits, and everything necessary to perform the work, which was described as "601 Lime Base for Admin Rd/Parking Area, all required drives, Sidewalk & curbs, complete remaining fill to grade."

9.

Rigid Constructors performed a significant portion of the work in furtherance of the Contract, including mobilization and dirt fill. The work performed by Rigid Constructors was performed between and including January, 2020 and April, 2020.

10.

Rigid Constructors submitted three (3) applications for payment for work actually performed. Applications 2 and 3 were not paid despite the fact that the work reflected thereon was actually completed and the materials were actually supplied.

11.

Application for Payment No. 2 was submitted to ELA Group on March 30, 2020. The total amount invoiced in Application for Payment No. 2 was $68,680.00, for work performed in March of 2020. A copy of Application for Payment No. 2 is attached hereto as Exhibit 1. The amount was not paid by ELA Group.

12.

Application for Payment No. 3 was submitted to ELA Group on April 29, 2020. The total amount invoiced in Application for Payment No. 3 was $55,420.00, for work performed in April of 2020. A copy of Application for Payment No. 3 is attached hereto as Exhibit 2. The amount was not paid by ELA Group.

13.

As of this filing, the total amount invoiced by Rigid Constructors and unpaid by ELA Group for work actually performed and materials actually provided is $124,100.00.

14.

Upon information and belief, ELA Group has been paid by the Owner for the work actually performed by Rigid Constructors, but has unreasonably refused to pay Rigid Constructors for the work it actually performed and the materials it actually provided. Accordingly, Rigid Constructors is entitled to recover from ELA Group a penalty of fifteen percent (15%) of the amount due, as well as reasonable attorney fees, under Louisiana law, specifically La. R.S. 9:2784.

15.

Rigid Constructors is also entitled to recover attorney fees under the Contract between ELA Group and Rigid Constructors.

16.

United Fire issued the required payment bond to ELA Group with regard to the Project. As surety, United Fire is liable *in solido* with ELA Group for the full amount owed to Rigid Constructors. A copy of the payment bond is attached hereto as Exhibit 3.

17.

Rigid Constructors requests trial by jury for all issues herein.

Wherefore, premises considered, United States of America, for the use and benefit of Rigid Constructors, LLC, prays that after due proceedings had, that there be Judgment herein in favor of Rigid Constructors, LLC and against ELA Group, Inc. and United Fire and Casualty Company, *in solido*, in the full sum of $124,100.00, plus a penalty under Louisiana law equal to fifteen percent (15%) of the amount due, reasonable attorney's fees, interest until paid, and for all costs of these proceedings.

Respectfully submitted:

BREAUD & MEYERS

*s. Alan K. Breaud*

_____
ALAN K. BREAUD, Bar Roll No. 3420
TIMOTHY W. BASDEN, Bar No. 21469
420 Oil Center Drive
Post Office Box 51365
Lafayette, Louisiana 70505
(337) 266-2200
Attorneys for Rigid Constructors, LLC