UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RIGID CONSTRUCTORS, LLC                          CIVIL ACTION

VERSUS

ELA GROUP, INC., ET AL.                          NO. 20-00666-BAJ-RLB

### ORDER

Considering the Magistrate Judge's **Order** dated March 1, 2023, **(Doc. 57)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter, and recommends a 60-day conditional order of dismissal,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Jury

**IT IS FURTHER ORDERED** that Defendant ELA Group, Inc.'s currently pending **Motion Seeking Clarification Of Ruling And Order Granting Motion In Limine (Doc. 53)** be and is hereby **TERMINATED AS MOOT**, without prejudice to the ELA Group, Inc.'s right to reassert the motion if the settlement is not perfected.

Baton Rouge, Louisiana, this 7th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**